UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 30, 2026

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : |
| v. | : MAGISTRATE NO. 26-MJ-105 |
| | : |
| IVAN HOLMES, | : VIOLATION: |
| | : 18 U.S.C. § 922(g)(1) |
| Defendant. | : (Unlawful Possession of Ammunition by a |
| | : Person Convicted of a Crime Punishable by |
| | : Imprisonment for a Term Exceeding One |
| | : Year) |
| | : |
| | : 22 D.C. Code § 4503,(a)(1),(b)(1) |
| | : (Unlawful Possession of a Firearm by a |
| | : Person Convicted of a Crime Punishable of |
| | : Imprisonment for a Term Exceeding One |
| | year) |

---

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 18, 2026, within the District of Columbia, **IVAN HOLMES**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Case Number 2024-CF2-011116 and Case Number 2023-CF2-005738, did unlawfully and knowingly receive and possess ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of 18 U.S.C. § 922(g)(1))

### COUNT TWO

On or about June 18, 2026, within the District of Columbia, IVAN HOLMES, knowing he

had previously been convicted in any court of a crime punishable by imprisonment for a term

exceeding one year, did own, keep, and have within his possession and control, a firearm.

(**Unlawful Possession of a Firearm (Prior Conviction)**, in violation of D.C. Code § 22-4503(a)(1)(b)(1))

JEANINE FERRIS PIRRO                          A TRUE BILL:
UNITED STATES ATTORNEY


By: _____              FOREPERSON.
GAURI GOPAL
Assistant United States Attorney

2